IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


WILLIAM McLAIN                                                         PLAINTIFF

vs.                                            Civil Action NO. 3:06-cv-00534 HTW-FKB

CITY OF RIDGELAND, MISSISSIPPI,
and BRYAN MYERS, IN HIS INDIVIDUAL
CAPACITY                                                              DEFENDANTS


## FINAL JUDGMENT

On an earlier day, this lawsuit was tried before a jury. At the end of the trial and before the jury could deliberate, the court granted defendant's Rule 50 motion, finding in favor of the defendant, Bryan Myers, in his individual capacity and against the plaintiff, William McLain. The Memorandum Opinion and Order of this court dated February 28, 2010, and the findings of fact and law included therein are incorporated by reference. For the reasons assigned in that opinion, the court concludes that judgment should be entered in favor of the defendant and against the plaintiff and that the defendant should be awarded his costs of litigation.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's opinion. Co-defendant City of Ridgeland, Mississippi, was dismissed earlier.

IT IS FURTHER ORDERED AND ADJUDGED that the defendant is entitled to recover his taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed in accordance with the local rules.

**SO ORDERED AND ADJUDGED, this the 28th day of February, 2010.**

                                      **s/ HENRY T. WINGATE**

                                      _____
                                      **CHIEF JUDGE
UNITED STATES DISTRICT COURT**

Civil Action No. 3:06-cv-534 HTW-FKB
Final Judgment